# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OLIVIA FRANTZ,<br><br>Plaintiff(s),<br><br>v.<br><br>VERB MEDIA, INC., et al.,<br><br>Defendant(s). | Case No. 2:19-CV-1721 JCM (BNW)<br><br>ORDER |

Presently before the court is the matter of *Frantz v. Verb Media, Inc. et al.*, case number 2:19-cv-01721-JCM-BNW. Olivia Frantz ("plaintiff") filed the instant action on October 3, 2019, against Verb Media, Inc., Richard Godinez, and Alan Bracken ("defendants"). (ECF No. 1).

Federal Rule of Civil Procedure 4(m) provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A).

Fed. R. Civ. P. 4(m).

More than 90 days have elapsed since the instant action was filed. To date, plaintiff has not served any of the defendants.

**James C. Mahan**
**U.S. District Judge**

On February 6, 2020, the court gave plaintiff notice of its intent to dismiss her claims pursuant to Fed. R. Civ. P. 4(m). Plaintiff has not responded, served the defendants, or otherwise appeared.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's claims be, and the same hereby are, DISMISSED.

The clerk is instructed to enter judgment and close the case accordingly.

DATED March 12, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**